**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

| | |
|---|---|
| TREVOR ANDERSEN and LISA ANDERSEN, individually and as next friend of M.A., and J.A., <br><br> Plaintiffs, <br><br> vs. <br><br> ALBERT RAMADANOSKI and MZ UNITED, INC., <br><br> Defendants. | Civil Action No. 18-00043 <br><br> [Johnson County Case No. LACV079744] <br><br> **DEFENDANT MZ UNITED, INC.'S** <br> **NOTICE OF REMOVAL** |

Defendant MZ United, Inc. ("MZ United"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Local Rule 81, hereby requests removal of the instant action from the Iowa District Court in and for Johnson County to the United States District Court for the Southern District of Iowa, Davenport Division, and in support thereof states as follows:

1.      On March 12, 2018, Plaintiffs filed a Petition at Law and Jury Demand against MZ United in the Iowa District Court in and for Johnson County. On March 29, 2018, Plaintiffs served the Petition at Law and Jury Demand on MZ United. The time within which MZ United is allowed to file this Notice of Removal has not elapsed.

2.      On or about April 13, 2018, Plaintiffs served defendant Albert Ramadanoski ("Ramadanoski").

3.      Ramadanoski consents to and joins in this Notice of Removal pursuant to 28 U.S.C. § 1446.

4.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      First, there is complete diversity of the parties. *Wierman v. Casey's General Stores*, 638 F.3d 984, 1003-04 (8th Cir. 2010) (quoting 28 U.S.C. § 1332(c)(1) ("For the purposes of this section…a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business"); *see also Crosby v. Paul Hardenman, Inc.* 414 F.2d 1, 3 (8th Cir. 1969) (citing *Pullman Co. v. Jenkins,* 305 U.S. 534, 537-538 (1939)) ("The allegations of the complaint as set forth at the time the petition for removal was filed are controlling.")   MZ United is an Illinois corporation with its principal place of business in Illinois. (*Pet. at Law & Jury Demand ¶ 3.*) Accordingly, MZ United is a citizen of Illinois.  Ramadanoski is a citizen of Illinois. (*Pet. at Law & Jury Demand ¶ 2.*)

6.      Plaintiffs are citizens of Iowa.  (*Pet. at Law & Jury Demand ¶ 1.*)  Accordingly, there is a complete diversity of citizenship between the Plaintiffs and all defendants.

7.      Second, the amount in controversy exceeds $75,000.00. "[T]he notice of removal may assert the amount in controversy if the initial pleading seeks… a money judgment, but the State practice…does not permit demand for a specific sum…" 28 U.S.C. § 1446(c)(2)(A); see also Iowa R. Civ. P. 1.403(1) ("Except in small claims and cases involving only liquidated damages, a pleading shall not state the specific amount of money damages sought…").

8.      The Petition and Jury Demand does not state a specific amount of monetary relief requested.  (*Pet. at Law & Jury Demand.*)

2

9.     "As a general matter, settlement demands are relevant evidence of the amount in controversy if it appears to reflect a reasonable estimate of the plaintiff's claim." *Wang v. Pac. Cycle, Inc.*, 530 F. Supp. 2d 1048, 1051 (S.D. Iowa 2008) (internal quotations omitted).

10.     The amount claimed by the plaintiff is generally dispositive for determining the amount in controversy. *Schubert v. Auto Owners Ins. Co.*, 649 F.3d 817, 822 (8th Cir. 2011).

11.     In their demand, Plaintiffs assert $58,000 in past medical expenses, as well as additional damages for future medical expenses, past and future pain and suffering, loss of enjoyment of life, and loss of spousal and parental consortium.  (*Ex. A at p. 3.*)

12.     Plaintiffs have demanded $1,000,000 in full settlement of their claims. (*Ex. A at p. 4.*)

13.     Accordingly, the amount in controversy exceeds the sum or value of $75,000.

14.     The civil action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b), because the United States District Court for the Southern District of Iowa, Davenport Division, is the district embracing the place where this action is pending. 28 U.S.C. § 1441.

15.     Pursuant to 28 U.S.C. § 1446(d), MZ United will timely serve Plaintiffs' counsel written notice of the filing of this Notice of Removal.

16.     Pursuant to 28 U.S.C. § 1446(d), MZ United will timely file a notice of filing this Notice of Removal with the Clerk of Court for the Iowa District Court in and for Johnson County.

17.     Pursuant to Local Rule 81(a)(1), copies of all process, pleadings, and orders filed in the state court case are attached hereto as Exhibit B.  Plaintiffs' affidavit of service of Defendant Ramadanoski has not been filed.  MZ United will file a supplemental Local Rule 81 statement when a file-stamped copy of the aforementioned pleading is filed in Johnson County Case No. LACV079744.

18.     Pursuant to Local Rule 81(a)(2), no other matters are currently pending in state court.

19.     Pursuant to Local Rule 81(a)(3), the names and contact information of counsel that have appeared in the state court action are included on the statement complying with Local Rule 81(a), attached hereto as Exhibit C.

20.     MZ United does not waive any defenses which may be available by filing this notice of removal.

WHEREFORE, Defendant MZ United, Inc. requests this Court take jurisdiction of this notice of removal and issue all necessary orders and process in order to remove the above-captioned case from the Iowa District Court in and for Johnson County to the United States District Court for the Southern District of Iowa, Davenport Division.

Dated: April 18, 2018                    SIMMONS PERRINE MOYER BERGMAN PLC

By:    */s/ Michael McDonough*
       Michael McDonough,  AT0005071
       Graham R. Carl        AT0012246
       115 Third Street, S.E., Suite 1200
       Cedar Rapids, IA  52401-1266
       Telephone:  (319) 366-7641
       Facsimile:  (319) 366-1917
       Email: mmcdonough@spmblaw.com
              gcarl@spmblaw.com

ATTORNEYS FOR DEFENDANTS

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of Court using the EDMS system with a copy being sent via electronic notice to counsel of record:

Jace T. Bisgard
Megan R. Merritt
SHUTTLEWORTH & INGERSOLL, PLC
115 3rd Street SE, Suite 500
P.O. Box  Box 2107
Cedar Rapids, Iowa  52406-2107
jtb@shuttleworthlaw.com
mrm@shuttleworthlaw.com
*Attorneys for Plaintiffs*

*/s/ Candace A. Erickson*