# Shuttleworth
## & INGERSOLL
ATTORNEYS AT LAW • ESTABLISHED 1854

RECEIVED DEC 2 6 2017

| | | | | |
|---|---|---|---|---|
| Jared S. Adam | Richard S. Fry | Linda M. Kirsch | Marty L. Stoll | **Counsel** |
| Constance M. Alt | Richard C. Garberson | Diane Kutzko | Gary J. Streit | William D. Sindlinger |
| Jeffrey M. Beatty | Vincent S. Geis | Jonathan C. Landon | Mark L. Zaiger | |
| Brian D. Bergstrom | Allison M. Heffern | Michael O. McDermott | | **Of Counsel** |
| Jace T. Bisgard | William S. Hochstetler | Dennis J. McMenimen | **Registered Patent Lawyers** | John M. Bickel |
| Kevin J. Caster | Tricia Hoffman-Simanek | Dana L. Oxley | Tim Klima | William R. Shuttleworth |
| Kelly A. Cwiertny | Robert D. Houghton | Steven J. Pace | Caroline M. Nash * | |
| William J. Daly | Mark P.A. Hudson | Nancy J. Penner | James C. Nemmers | **Retired** |
| Theresa C. Davis | Wesley B. Huisinga | William P. Prowell | Brett D. Papendick | Thomas M. Collins |
| Laurie L. Dawley | Stephen B. Jackson Sr. | Jennifer E. Rinden | Jason R. Sytsma | |
| John H. Ehrhart | Donald L. Johnson | Kristen A. Shaffer | Marlana K. Titus ** | V.C. Shuttleworth 1900-1965 |
| Dean R. Einck | Samuel E. Jones | Kristymarie Shipley | | T.M. Ingersoll 1902-1972 |
| Kerry A. Finley | Desirée A. Kilburg | Caitlin L. Slessor | * Admitted In DC, MD and VA only | |
| | | | ** Admitted In DC and MD only | |

December 22, 2017

**VIA EMAIL & REGULAR MAIL**

**FOR CONFIDENTIAL/SETTLEMENT PURPOSES ONLY**

American Inter Fidelity Exchange
Attn: Oddie White
9223 Broadway
Suite A
Merrillville, IN 46410
oddieaife@airbaud.net

      Re:    Trevor Andersen v Albert Ramadanoski
              Claim No. L170107

Dear Mr. White:

As you know, I am representing Trevor Andersen in connection with a January 12, 2017 accident with your insured driver, Albert Ramadanoski. [REDACTED]

**EXHIBIT A**

Shuttleworth & Ingersoll, P.L.C.
115 3rd Street SE, Suite 500 Cedar Rapids, IA 52401 • PO Box 2107 Cedar Rapids, IA 52406-2107
ph (319) 365-9461 • fax (319) 365-8443 • www.shuttleworthlaw.com

Shuttleworth & Ingersoll, P.L.C.
December 22, 2017
Page 2

I recently met with both Trevor and Lisa Andersen to discuss the status of this case. During that meeting we all agreed that it was time to make a settlement demand and try to move forward with a resolution of this matter. Below you will find both my summary of potential claims and the settlement demand being made on behalf of the entire Andersen family.



**DAMAGES**



To date Trevor Andersen has incurred medical expenses in excess of $58,000.00. I have produced all of the medical bills that we have received to date. Those bills show the amounts that have been paid by insurance and the significant co-pays that have been paid by the Andersen family.



If we are not able to resolve this case, I believe we will be able to present to a jury very significant and compelling claims for each of the following:

- Past medical expenses- more than $58,000.00 to date
- Future medical expenses- continuing to treat with multiple providers
- Past and future pain and suffering
- Past and suffering loss of enjoyment of life
- Loss of spousal consortium on behalf of his wife, Lisa Andersen
- Loss of parental consortium on behalf of his two children, Jack and Madelynn Andersen.

## SETTLEMENT DEMAND



, I have been authorized to make a demand for your

Shuttleworth & Ingersoll, P.L.C.
December 22, 2017
Page 4

$1,000,000.00 policy limits at this time. ██████████████████████████
██████████████

      Please make sure that your insured driver (Albert Ramadanoski) and your named insured (MZ United, Inc.) are made fully aware of this policy limits demand. ████████
████████████████████████████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████████████████████████████
████████████████████████

                                        Very truly yours,

                                        JACE T. BISGARD
                                        jtb@shuttleworthlaw.com

JTB:clb
Enclosures