IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| TREVOR ANDERSEN, LISA ANDERSEN, individually, and as next friend of M.A., and J.A., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERT RAMADANOSKI & MZ UNITED, INC., <br><br> Defendants. | CASE NO. _____ <br><br> **PETITION AT LAW & JURY DEMAND** |

Plaintiffs Trevor and Lisa Andersen, individually and as next friends of M.A. and J.A., for their Petition at Law and Jury Demand, state as follows:

## COMMON ALLEGATIONS

1. At all times material hereto, Plaintiffs were residents of North Liberty, Johnson County, Iowa.

2. At all times material hereto, Defendant Albert Ramadanoski was a resident of the state of Illinois.

3. At all times material hereto, Defendant MZ United, Inc. is an Illinois Company with its principal place of business in Countryside, Illinois.

4. At all times material hereto, Plaintiff was the owner and operator of a 2006 Ford Freestyle bearing the license plate number 018WHO.

5. At all times material hereto, Defendant MZ United, Inc. was the owner of a 2012 International Fleet semi-tractor (plate number P929802) and trailer (plate number 575058ST).

1

**EXHIBIT B**

6.  On January 12, 2017, Defendant Ramadanoski—the permissive driver of the 2012 International Fleet semi-tractor and trailer owned by Defendant MZ United, Inc.—was traveling south on S. Dodge Street in Iowa City, Iowa in the right lane.

7.  At the same time and place, Plaintiff Trevor Andersen was traveling south on S. Dodge Street in the left lane.

8.  At the intersection with Burlington Street, Defendant Ramadanoski attempted to make a left turn onto Burlington Street from the right lane of S. Dodge Street and struck the vehicle owned and operated by Plaintiff Trevor Andersen.

9.  Plaintiff Trevor Andersen sustained injuries and damages as a result of the collision.

10. The amount in controversy exceeds jurisdictional minimums.

## COUNT I – NEGLIGENCE

11. Plaintiffs replead paragraphs 1 – 10, as if fully set forth herein.

12  Defendant Ramadanoski was generally and specifically negligent in the operation of the vehicle described in paragraph 8, including, but not limited to the following particulars:

   a. In failing to yield upon turning;

   b. In failing to maintain a proper lookout;

   c. In failing to act as a reasonable driver under the circumstances; and

   d. Any other manner which may become known through the course of discovery.

13. Defendant Ramadanoski's negligence was a cause of the collision in which Plaintiff was injured.

14. Defendant Ramadanoski's negligence was a cause of injuries and damages suffered by Plaintiffs.

15. As a result of the negligence of Defendant Ramadanoski, Plaintiffs have suffered and will in the future continue to suffer injuries and damages.

16. As the owner of the 2012 International Fleet semi-tractor and trailer, Defendant MZ United, Inc. is vicariously liable for all injuries and damages caused by the operation of the semi-truck and trailer pursuant to Iowa Code § 321.493.

WHEREFORE, Plaintiffs Trevor and Lisa Andersen, individually and as next friend of M.A. and J.A., respectfully request judgment against Defendants in an amount that will fully, fairly, and adequate compensate them for the injuries and damages as a result of the collision, together with interest as provided for by law, the costs of this action, and such other and further relief as the Court deems just and equitable.

## COUNT II – LOSS OF CONSORTIUM
### Lisa Andersen

17. Plaintiffs replead paragraphs 1 – 16, as if fully set forth herein.

18. At all times material hereto, Lisa Andersen was the wife of Trevor Andersen.

19. As a direct result of the negligence of Defendants, Plaintiff Lisa Andersen has and will continue to suffer the loss of services, support, aid, comfort, and companionship of her husband, Trevor Andersen.

WHEREFORE, Plaintiffs Trevor and Lisa Andersen, individually and as next friend of M.A. and J.A., respectfully request judgment against Defendants in an amount that will fully, fairly, and adequate compensate them for the injuries and damages as a result of the collision, together with interest as provided for by law, the costs of this action, and such other and further relief as the Court deems just and equitable.

## COUNT III – LOSS OF CONSORTIUM
## M.A.

20.     Plaintiffs replead paragraphs 1 – 19, as if fully set forth herein.

21.     At all times material hereto, M.A. was the natural child of Trevor and Lisa Andersen.

22.     As a direct result of the negligence of Defendants, M.A. has and will continue to suffer the loss of services, support, aid, comfort, and companionship of her father, Trevor Andersen.

WHEREFORE, Plaintiffs Trevor and Lisa Andersen, individually and as next friend of M.A. and J.A., respectfully request judgment against Defendants in an amount that will fully, fairly, and adequate compensate them for the injuries and damages as a result of the collision, together with interest as provided for by law, the costs of this action, and such other and further relief as the Court deems just and equitable.

## COUNT IV – LOSS OF CONSORTIUM
## J.A.

23.     Plaintiffs replead paragraphs 1 – 22, as if fully set forth herein.

24.     At all times material hereto, J.A. was the natural child of Trevor and Lisa Andersen.

25.     As a direct result of the negligence of Defendants, J.A. has and will continue to suffer the loss of services, support, aid, comfort, and companionship of his father, Trevor Andersen.

WHEREFORE, Plaintiffs Trevor and Lisa Andersen, individually and as next friend of M.A. and J.A., respectfully request judgment against Defendants in an amount that will fully, fairly, and adequate compensate them for the injuries and damages as a result of the collision,

together with interest as provided for by law, the costs of this action, and such other and further relief as the Court deems just and equitable.

## JURY DEMAND

Plaintiffs Trevor and Lisa Andersen, individually and as next friends of M.A. and J.A. hereby request a trial by jury on all issues so triable.

*/s/ Jace T. Bisgard*
JACE T. BISGARD           AT0000938
MEGAN R. MERRITT          AT0010635
        for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, Suite 500
P. O. Box 2107
Cedar Rapids, Iowa  52406-2107
PHONE:      (319) 365-9461
FAX:          (319) 365-8564
E-mail:  jtb@shuttleworthlaw.com
       mrm@shuttleworthlaw.com
ATTORNEY FOR PLAINTIFFS

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| TREVOR ANDERSEN, LISA ANDERSEN, individually, and as next friend of M.A., and J.A., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERT RAMADANOSKI & MZ UNITED, INC., <br><br> Defendants. | CASE NO. _____ <br><br><br> **ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby notified that a petition has been filed in the office of the clerk of this court; naming you as the defendants in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorneys for the Plaintiffs are Jace T. Bisgard and Megan R. Merritt of Shuttleworth & Ingersoll, P.L.C., whose address is 115 Third Street, SE, Suite 500, P.O. Box 2107, Cedar Rapids, IA 52406-2107. The office phone number is (319) 365-9461.

This case has been filed in a county that utilizes electronic filing. You should look at Iowa Court Rules Chapter 16 for general rules and information on electronic filing. Also please refer to rules Chapter 16, division VI regarding the protection of personal information in court filing.

You must serve a motion or answer within 20 days after service of this original notice upon you and within a reasonable time thereafter file your motion or answer with the Court for Johnson County at the county courthouse in Iowa City, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

                                                                           _____
                                                                           CLERK OF COURT
                                                                           Johnson County Courthouse
                                                                           Iowa City, Iowa

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319-398-3411. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

<u>**IMPORTANT NOTICE**</u>

**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

E-FILED 2018 MAR 12 1:26 PM JOHNSON - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LACV079744
County   Johnson

Case Title   ANDERSEN ET AL V RAMADANOSKI & MZ UNITED

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued   03/12/2018 01:26:25 PM



District Clerk of   Johnson           County

/s/ Alison Meade

# SHERIFF'S OFFICE, COUNTY OF KENDALL, ILLINOIS
# AFFIDAVIT OF SERVICE

**Process Number:** 2018-00000752
**Paper Type:** Summons/Petition
**Docket Number:** KACV79744
**Expiration Date:** 04/16/2018
**Received Date:** 03/27/2018 00:00

**Plaintiff(s)**
SHUTTLEWORTH & INGERSOLL

**Defendant(s)** R/A FOR MZ UNITED, INC

**Person To Be Served:** IMBRONJEV, ALEXANDER

**Alerts:**

**Serve At:** 205 REDDING CT
OSWEGO, IL 60543
**Phone:** (630) 234-3900
**Date of Birth:** 02/21/1968

I Certify that I served the above Papers on the Defendant as Follows:

__X__ 1.) **PERSONAL SERVICE:** By leaving a copy of the civil papers with the named defendant personally.

_____ 2.) **SUBSTITUTE SERVICE:** By leaving a copy of the civil papers at the above abode with a member of the family or a person residing there 13 years of age or older, and informing that person of its contents. A copy will be mailed to the defendant at the above address. **Mailed on _____ at _____ By: _____

_____ 3.) Service on: CORPORATION:____COMPANY____BUSINESS____PARTNERSHIP____
By leaving a copy of the civil papers/interrogatories with the registered agent, authorized person or partner of Defd.

_____ 4.) POSTED PAPERS

_____ 5.) UNKNOWN OCCUPANTS NOTICE POSTED – Need on all eviction notices whether served or posted

Person served for Defendant/Witness **Alexander Imbronjev** DOB **2/21/68** Sex **M** Race **W** Ht **6'00** Wt **220**

Relationship to Defendant/Witness **Self**

Address where served **205 Redding CT** is address abode of Defd yes ___ no ___

Township served **Oswego**

Date of Service: This **29** day of **March**, 20**18** Time: **10:10** AM/PM

| CIVIL PROCESS NOTES FOR THE DEPUTIES: |
|---|
|  |
|  |

**Reasons Not Served:**

____ Moved
____ Wrong Address
____ Reached Die Date
____ Other Reasons

Dwight A. Baird
Sheriff of Kendall County    Served by: **Rick Jackson**    Badge# **104**

## IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| TREVOR ANDERSEN and LISA ANDERSEN, individually and as next friend of M.A., and J.A., <br><br>  Plaintiffs, <br><br> vs. <br><br> ALBERT RAMADANOSKI and MZ UNITED, INC., <br><br>  Defendants. | Case No. LACV079744 <br><br><br> **APPEARANCE** |

COME NOW the undersigned and hereby file their appearance on behalf of Defendants, Albert Ramadanoski and MZ United, Inc., and request that all further notices of proceedings or hearings be given to the undersigned.

        SIMMONS PERRINE MOYER BERGMAN PLC

        By: /s/ Michael McDonough
        Michael McDonough, AT0005071
        Graham R. Carl     AT0012246
        115 Third Street, S.E., Suite 1200
        Cedar Rapids, IA 52401-1266
        Telephone: (319) 366-7641
        Facsimile: (319) 366-1917
        Email: mmcdonough@spmblaw.com
              gcarl@spmblaw.com

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of Court using the EDMS system with a copy being sent via electronic notice to counsel of record.

    Jace T. Bisgard
    Megan R. Merritt
    SHUTTLEWORTH & INGERSOLL, PLC
    115 3rd Street SE, Suite 500
    P.O. Box  Box 2107
    Cedar Rapids, Iowa  52406-2107
    jtb@shuttleworthlaw.com
    mrm@shuttleworthlaw.com
    *Attorneys for Plaintiffs*

                                                  /s/ Candace A. Erickson