IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| TREVOR ANDERSEN, LISA ANDERSEN, individually, and as next friend of M.A., and J.A., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERT RAMADANOSKI & MZ UNITED, INC., <br><br> Defendants. | Civil Action No. 3:18-cv-00043-RGE-HCA <br><br> **NOTICE OF SETTLEMENT** |

Plaintiffs Trevor & Lisa Andersen, individually, and as next friend of M.A. and J.A., file this Notice of Settlement and in support thereof, states as follows:

1. The parties have negotiated a resolution between themselves and litigation is no longer necessary.

2. The parties need additional time to finalize the details of their settlement in writing and request an additional thirty (30) days to file a dismissal with prejudice.

WHEREFORE, Plaintiffs Trevor & Lisa Andersen, individually, and as next friend of M.A. and J.A. respectfully request the Court grant the Plaintiff and additional thirty (30) days, up to and including September 16, 2019 to file a dismissal with prejudice.

*/s/ Jace T. Bisgard*
JACE T. BISGARD        AT0000938
MEGAN R. MERRITT       AT0010635
                for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, Suite 500
P. O. Box 2107
Cedar Rapids, Iowa  52406-2107
PHONE:      (319) 365-9461
FAX:        (319) 365-8564
E-mail:  jtb@shuttleworthlaw.com
         mrm@shuttleworthlaw.com

ATTORNEY FOR PLAINTIFFS

Copy to:

Michael McDonough
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

ATTORNEYS FOR DEFENDANTS

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on August 16, 2019 by:

[x] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

    /s/    Callie Beitz