IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| TREVOR ANDERSEN, LISA ANDERSEN, individually, and as next friend of M.A., and J.A.,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT RAMADANOSKI & MZ UNITED, INC.,<br><br>Defendants. | Civil Action No. 3:18-cv-00043-RGE-HCA<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiffs Trevor and Lisa Andersen, individually and as next friend of M.A. and J.A., and Defendants Albert Ramadanoski & MZ United, by and through the undersigned, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that the case is hereby dismissed with prejudice and that each party in this action will bear its own costs and attorneys' fees.

*/s/ Jace T. Bisgard*
JACE T. BISGARD           AT0000938
MEGAN R. MERRITT          AT0010635
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, Suite 500
P. O. Box 2107
Cedar Rapids, Iowa  52406-2107
PHONE:       (319) 365-9461
FAX:         (319) 365-8564
E-mail:  jtb@shuttleworthlaw.com
         mrm@shuttleworthlaw.com
ATTORNEY FOR PLAINTIFFS

*/s/ Michael McDonough*
Michael McDonough         AT0005071
SIMMONS PERRINE MOYER
BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: 319-366-7641
Facsimile: 319-366-1917
Email: mmcdonough@spmblaw.com
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with **FRCP 5 on** <u>September 16, 2019</u> **by:**

[x] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

____/s/____**Callie Beitz**_____